# Court of Appeals
# of the State of Georgia

ATLANTA,   August 28, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2527.   THOMAS V. HOLCOMBE, III v. ROBERT C. RICHIE.**

The probate court appointed Robert C. Richie as administrator of the estate of Louvenia Holcombe.  Thomas V. Holcombe, III, moved to have this order set aside under OCGA § 9-11-60 (d).  The trial court denied the motion, and Holcombe filed this direct appeal.[1]  We lack jurisdiction.  Appeals from orders denying motions to set aside under OCGA § 9-11-60 (d) must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (8).  Holcombe's failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.  See *MMT Enterprises, Inc. v. Cullars*, 218 Ga. App. 559, 561 (2) (462 SE2d 771) (1995).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/28/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Holcombe initially filed his appeal to the superior court, which transferred the matter to this Court.  See 1983 Ga. Const., Art. VI, Par. I, Sec. VIII (Georgia Constitution requires that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere.")